# MEMORANDUM DECISIONS.

ADAMS, Appellant, v. POTTER et al., Respondents. (Supreme Court, Appellate Division, Third Department. December 1, 1903.) Action by William Adams against Fred E. Potter and Jacob Sauter, doing business as the Roseville Mining & Paint Company. No opinion. Judgment and order of the county court affirmed, with costs.

ALLABEN, Respondent, v. KITTLE et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 11, 1903.) Action by Charles S. Allaben, administrator with the will annexed of Orson M. Allaben, deceased, against Emily Kittle and Willard E. Kittle. No opinion. Judgment unanimously affirmed, with costs.

ALLEN, Respondent, v. HOME BANK, Appellant, et al. (Supreme Court, Appellate Division, First Department. November 13, 1903.) Action by Aaron C. Allen against the Home Bank and others. From a judgment for plaintiff, and an order denying a new trial, defendant bank appeals. Reversed. John M. Bowers, for appellant. Herman Aaron, for respondent. Richard H. Mitchell, for defendant Allen.

PER CURIAM. For the reasons stated in the opinion in Allen v. Corn Exchange Bank (decided herewith) 84 N. Y. Supp. 1001, the judgment and order must be reversed and a new trial ordered with costs to appellant to abide the event.

AMERICAN PUBLISHERS' CORP. v. MUNRO et al. (Supreme Court, Appellate Division, First Department. November 13, 1903.) Action by American Publishers' Corporation against George W. Munro and others. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

In re ANDERSON. (Supreme Court, Appellate Division, First Department. October 23, 1903.) In the matter of Julia A. Anderson. William H. Corbin, for appellant. Albin E. Anderson, for respondent. No opinion. Motion granted.

ANDERSON, Respondent, v. STEINSON, Appellant. (Supreme Court, Appellate Term. June 22, 1903.) Action by Harry A. Anderson against George Steinson. From a judgment in favor of plaintiff, defendant appeals. Affirmed. George Steinman, for appellant. Harry A. Anderson, pro se.

MacLEAN, J. The right of every man to be his own lawyer is not to be abridged. As little is it to be abused. In this action the defendant, a schoolmaster, but otherwise a layman, "not being a lawyer in the sense of being admitted to the bar, but knowing a great deal about the law in the last 10 or 12 years," having suffered judgment in an action brought against him by a former counsel, betook himself for aid in preparing his case on appeal to another attorney in the law, and with him made a bargain concerning compensation for specified services. For these he paid upon rendition according to the terms bargained; but for other services he refused to pay, calling them valueless and of no use to him. The evidence really relevant to the direct issue of services and their value occupies but a modicum of the case on appeal, tediously swollen with matter extraneous to the controversy, and indicating anew that an amateur practitioner at the bar should heed, and be held to heed, the first section, relating to appearances in court, in the statute of procedure, declaring that a party prosecuting or defending in person is amenable to each provision of the act wherein the attorney for a party is mentioned, unless therein otherwise prescribed, or manifestly repugnant to the context. The defendant and his case were entertained with seriousness and leniency throughout by the learned trial justice, who fairly submitted all matters offered, with a charge of unusual fullness, to the jury, whose verdict is not to be disregarded for merely multifarious criticism, supported by no tenable objection and exception. Judgment affirmed, with costs to the respondent. All concur.

ARLINGTON CO., Appellant, v. COLONIAL ASSUR. CO., Respondent. (Supreme Court, Appellate Division, First Department. October 23, 1903.) Action by the Arlington Company against the Colonial Assurance Company. George Richards, for appellant. W. B. Ellison, for respondent. No opinion. Judgment affirmed, with costs.

ARTHUR, Respondent, v. SIRE, Appellant. (Supreme Court, Appellate Division, First Department. November 20, 1903.) Action by Daniel V. Arthur against Henry B. Sire. F. Bien, for appellant. W. A. Keener, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

AYER et al., Appellants, v. DAVIS, Respondent. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by J. Morris Ayer and others against Owen Davis. H. B. Culver, for appellants. B. Tuska, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

INGRAHAM and LAUGHLIN, JJ., dissent.

BACHMAN BREWING CO. v. WALLO-WITZ. (Supreme Court, Appellate Division, Second Department. October 22, 1903.) Ac-

tion by the Bachman Brewing Company against Fanny Wallowitz. No opinion. Default opened, and case submitted.

**BALDERMAN, Respondent, v. METROPOLITAN ST. RY. CO., Appellant.** (Supreme Court, Appellate Term. November 6, 1903.) Action by Emil Balderman against the Metropolitan Street Railway Company. From a judgment for plaintiff, and from an order denying a motion for a new trial, defendant appeals. Affirmed. H. A. Robinson (Arthur K. Wing and F. Angelo Gaynor, of counsel), for appellant. Droege & Schavrin, for respondent.

**BLANCHARD, J.** We do not think the verdict is grossly against the weight of evidence, nor even that it preponderates in favor of the defendant. The case was fairly submitted to the jury by the learned trial court, and the jury resolved the conflict in the evidence in favor of the plaintiff. As there is evidence to sustain the verdict, we do not think it should be disturbed. The judgment and order must be affirmed, with costs. All concur.

**BALL, Appellant, v. MANHATTAN RY. CO., Respondent.** (Supreme Court, Appellate Division, First Department. November 20, 1903.) Action by John O. Ball against the Manhattan Railway Company. H. A. Forster, for appellant. A. A. Wheat, for respondent. No opinion. Judgment affirmed, with costs.

**BAMBERGER, Respondent, v. ZECKENDORF et al., Appellants.** (Supreme Court, Appellate Division, Second Department. November 13, 1903.) Action by Ira Leo Bamberger against Arthur W. Zeckendorf and others. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

**In re BANKS.** (Supreme Court, Appellate Division, Fourth Department. October 27, 1903.) In the matter of the probate of the last will and testament of Leonora Post Banks, deceased.

**PER CURIAM.** Decree of Surrogate's Court affirmed, with costs.

**STOVER, J.,** not voting.

**BARSON et al., Appellants, v. MULLIGAN et al., Respondents.** (Supreme Court, Appellate Division, First Department. October 16, 1903.) Action by William G. Barson and others against Agnes K. M. Mulligan and others. No opinion. Motion denied.

**BARTLETT, Appellant, v. BARTLETT, Respondent.** (Supreme Court, Appellate Division, First Department. April Term, 1903.) Action by Walter Bartlett against Mary Bartlett.

**PER CURIAM.** Order modified, as directed in opinion, and, as modified, affirmed, without costs. [Nothing for publication in this case.]

**BEATTYS, Respondent, v. WILEY, Appellant.** (Supreme Court, Appellate Division, Second Department. November 20, 1903.) Action by George D. Beattys, as trustee in bankruptcy, etc., against Milnor Wiley. No opinion. Judgment and order affirmed, with costs.

**BEATTYS, Respondent, v. WILEY, Appellant.** (Supreme Court, Appellate Division, Second Department. November 20, 1903.) Action by George D. Beattys, as trustee in bankruptcy, etc., against Wilfred Wiley. No opinion. Judgment and order affirmed, with costs.

**BEERS, Appellant, v. WASHBOND et al., Respondents.** (Supreme Court, Appellate Division, Third Department. November 17, 1903.) Action by Ada Beers against Henry Havens Washbond and others. No opinion. Motion denied.

**BENJAMIN, Appellant, v. PALMIERI et al., Respondents.** (Supreme Court, Appellate Division, Second Department. November 20, 1903.) Action by Aaron Benjamin against John Palmieri and another. No opinion. Judgment of the Municipal Court affirmed, by default, with costs.

**BENNETT, Respondent, v. GEORGE BORGFELDT & CO., Appellant.** (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by Clarence H. Bennett against George Borgfeldt & Co. L. S. Carrère, for appellant. A. S. Bacon, for respondent. No opinion. Judgment and order affirmed, with costs.

**BERG, Respondent, v. THIRD AVE. R. CO., Appellant.** (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by Fannie Berg against the Third Avenue Railroad Company. B. Hames, for appellant. L. A. Jaffer, for respondent.

**PER CURIAM.** Judgment and order affirmed, with costs.

**HATCH, J.,** dissents.

**BESANT v. GLENS FALLS INS. CO.** (Supreme Court, Appellate Division, Third Department. November 11, 1903.) Action by Joseph R. Besant against the Glens Falls Insurance Company. No opinion. Motion denied on the ground of laches.

**B. GORTZ MFG. CO., Respondent, v. PARKS, Appellant.** (Supreme Court, Appellate Term. November 6, 1903.) Action by the B. Gortz Manufacturing Company against William A. Parks. From a judgment for plaintiff, and from an order denying a new trial, defendant appeals. Affirmed. Johnson & Higgins, for appellant. Phillips & Avery, for respondent.

**BLANCHARD, J.** It is clear, from the evidence, that the parties to the written agreement upon which this action was brought intended that that instrument should relate to the prior contract made by the plaintiff with Teichman & Potter, and that the insertion of the word "Company" in the agreement was due to clerical error or mistake. On this point nothing